No. 90–622. FLORIDA *v.* JIMENO ET AL. Sup. Ct. Fla. [Certiorari granted, *ante,* p. 997.] Motion of petitioner to dispense

with printing the joint appendix granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.